# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0231
Lower Tribunal No. 19-3042
_____

**Desare Hall,**
Appellant,

vs.

**Publix Super Markets, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Twig, Trade, & Tribunal, PLLC, and Morgan L. Weinstein (Ft. Lauderdale), for appellant.

Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes, for appellee.

Before EMAS, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.